## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| SINO STAR GLOBAL LTD., | |
| Plaintiff, | **Civil Action No. 4:21-cv-844-ALM** |
| v. | |
| ONYX INTERNATIONAL INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

## PLAINTIFF'S MOTION TO EXTEND SERVICE DEADLINE

WHEREAS, Plaintiff Sino Star Global Ltd. ("Plaintiff"), filed its Complaint (D.I. 1) against Defendant Onyx International, Inc., ("Defendant") on October 20, 2021;

WHEREAS, Plaintiff refrained from formally serving Defendant with the summons and Complaint, but did give Defendant notice of suit by letter with a courtesy copy of the Complaint and associated documents;

WHEREAS, Plaintiff has been working with Defendant to resolve the matter;

WHEREAS, the 90-day deadline, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, for service of the Complaint and summons is currently January 18, 2022;

THEREFORE, Plaintiff hereby requests that the deadline pursuant to Rule 4(m) of the Federal Rules of Civil Procedure for service of the summons and Complaint be extended by 30 days, to February 17, 2022.

Page 1 of 3

Dated: January 14, 2022

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*
James M. Lennon
jlennon@devlinlawfirm.com
Timothy Devlin
tdevlin@devlinlawfirm.com
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff Sino Star Global Ltd.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 14, 2022, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will send notification of such filing to all

counsel of record in the above-referenced matter.


<u>/s/ James M. Lennon</u>
James M. Lennon