IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SINO STAR GLOBAL LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>ONYX INTERNATIONAL INC.,<br><br>    Defendant. | Civil Action No. 4:21-cv-844-ALM<br><br>**JURY TRIAL DEMANDED** |

### [PROPOSED] ORDER GRANTING MOTION TO EXTEND SERVICE DEADLINE

Upon consideration of Plaintiff Sino Star Global Ltd.'s Motion to Extend Service Deadline;

IT IS ORDERED that the motion is granted, and the new deadline for service of the summons and Complaint is February 17, 2022.