# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| SINO STAR GLOBAL LTD., <br><br> Plaintiff, <br><br> v. <br><br> ONYX INTERNATIONAL INC., <br><br> Defendant. | Civil Action No. 4:21-cv-844-ALM <br><br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING MOTION TO EXTEND SERVICE DEADLINE

Upon consideration of Plaintiff Sino Star Global Ltd.'s Motion to Extend Service Deadline (Dkt. #7);

It is hereby ORDERED that the motion is granted, and the new deadline for service of the summons and Complaint is March 21, 2022.

**IT IS SO ORDERED.**

**SIGNED** this 25th day of February, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE