UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 4:21-cv-844-ALM

Name of party requesting extension: Onyx International Inc.

Is this the first application for extension of time in this case?  ✓ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 04/13/2022

Number of days requested:  ☐ 30 days
☐ 15 days
✓ Other  14  days

New Deadline Date: 05/18/2022  *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Gina K. Kim

State Bar No.: 24097937

Firm Name: Liston Abramson LLP

Address: The Chrysler Building
405 Lexington Ave FL 46
New York, NY 10174

Phone: 212-257-1633

Fax:    917-633-5568

Email: gina.kim@listonabramson.com

A certificate of conference does not need to be filed with this unopposed application.