IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SINO STAR GLOBAL LTD.,<br><br>   Plaintiff,<br><br>v.<br><br>ONYX INTERNATIONAL INC.,<br><br>   Defendant. | Civil Action No. 4:21-cv-844-ALM<br><br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Notice of Voluntary Dismissal With Prejudice between Plaintiff Sino Star Global, Ltd. and Defendant Onyx International, Inc. and the Court being of the opinion that said motion should be GRANTED, hereby:

ORDERS that all claims asserted in this suit against Defendant Onyx International, Inc., are hereby dismissed with prejudice.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 11th day of May, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE